TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN















TEXAS COURT OF APPEALS, THIRD
DISTRICT, AT AUSTIN

 

 




 
 
 NO.  03-11-00612-CV
 
 




 

 

Heron Esteven Pena, Appellant

 

v.

 

Texas Department of Family and Protective Services,
Appellee

 

 




 
 
 FROM THE 53rd
 District Court OF Travis COUNTY,
 
 NO. D-1-FM-10-003771,
 The Honorable Scott H. Jenkins,
 JUDGE PRESIDING
 
 




 

 


 
 
                                                                      O
 R D E R
  
 PER CURIAM
 Appellant Heron Esteven Pena
 filed his notice of appeal on September 15, 2011.  The appellant=s
 brief was filed on May 10, 2012, making appellee=s
 brief due May 30, 2012.  On May
 29, 2012, counsel for appellee filed a motion for extension of time to
 file her brief.  
 Recent amendments to the rules of judicial administration accelerate
 the final disposition of appeals from suits for termination of parental
 rights.  See Tex. R. Jud. Admin. 6.2(a), available at http://www.supreme.courts.state.tx.us/MiscDocket/12/12903200.pdf
 (providing 180 days for court’s final disposition).  The accelerated schedule constrains this
 Court’s leeway in granting extensions. 
 In this instance, we will grant the motion in part and order counsel
 to file appellee=s brief
 no later than June 25, 2012.  If the brief is not filed by that date,
 counsel may be required to show cause why she should not be held in contempt of court.
 It is ordered on June 8, 2012.
  
 Before
 Justices Puryear, Henson and Goodwin